NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (Cal. Bar No. 274184)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3391
    Facsimile:  (213) 894-0142
    E-mail:   John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>REAL PROPERTY LOCATED IN SAN FRANCISCO, CALIFORNIA,<br><br>        Defendant. | No. CV 18-8763-DDP<br><br>**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1.3.1** |

Pursuant to Local Rule 83-1.3.1, notice is hereby given that this case is related to the following pending cases:

    1.   Case number CV 18-6742-RGK (PJWx), *In the Matter of the Seizure of Any and All Funds Held in Republic Bank of Arizona Account XXXX1889; XXXX2592, XXXX1938, XXXX2912, and XXXX2500.*

    2.   Case Number CV 18-8420-MRW, *United States of America v. $1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, et al.*

3. Case number CV 18-8423-RGK (PJWx), *United States of America v. $404,374.12 in Bank Funds Seized from National Bank of Arizona Account '0178, et al.*

4. Case number CV 18-8551-DSF, *United States of America v. Real Property Located in San Francisco County, California.*

5. Case number CV 18-8555, *United States of America v. Real Property Located in Maricopa County, Arizona.*

6. Case number CV 18-8556, *United States of America v. Real Property Located in Coconino County, Arizona.*

7. Case number CV 18-8565, *United States of America v. $16,500,000.00 in Bank Funds Seized from K&H Account '1210.*

8. Case number CV 18-8566-RGK (PJWx), *United States of America v. $5,462,027.17 in Bank Funds Seized from Compass Bank Account '3873, et al.*

9. Case number CV 8568-RGK (PJWx), *United States of America v. $359,527.06* Seized *from Compass Bank Account '3825, et al.*

10. Case number CV 18-8569-RGK (PJWx), *United States of America v. €1,680,028.85 in Bank Funds Seized from Fio Account '2226, et al.*

11. Case number CV 18-8723-PA, *United States of America v. Real Property Located in San Francisco, California.*

12. Case number CV 18-8730-CJC, *United States of America v. Real Property Located in Sebastopol, California.*

13. Case number CV 18-8577-RGK (PJWx), *United States of America v. €3,213,937.81 in Bank Fund Seized from Fio Account '4194, et al.*

14. Case number CV 18-8570-RGK (PJWx), *United States of America v. Any and All Funds in 'K000 K, et al.*

15. Case number CV 18-8578-RGK (PJWx), *United States of America v. $3,374,918.61 in Bank Funds Seized from Prosperity Bank Account '7188.*

16. Case number CV 18-8579-RGK (PJWx), *United States of America v. $689,884.48 Seized from First Federal Savings & Loan of San Rafael Account '3620, et al.*

17. Case number CV 18-8588-RGK (PJWx), *United States of America v. $699,940.00 in Bank Funds from ING Bank '7684, et al.*

18. Case number CV 18-8592-FMO, *United States of America v. Various Internet Domain Names.*

19. Case number CV 18-8747-DDP, *United States of America v. €605,976.95 In Bank Funds Seized from Fio Account '8083, et al.*

20. Case number CV 18-8748-MWF, *United States of America v. Any and All Funds Seized from Knab Bank Account '7664.*

21. Case number CV 18-8749, *United States of America v. Any and All Funds Seized from Rabo Bank Account '2452.*

22. Case number CV 18-8750, *United States of America v. Any and All Funds Seized from Rabo Bank Account '4721.*

23. Case number CV 18-8753, *United States of America v. £747,664.17 Seized from Saxo Payments Account '1262.*

24. Case number CV 18-8754, *United States of America v. Any and All Funds Seized from LHV Pank Account '4431.*

25. Case number CV 18-8759, *United States of America v. Real Property Located in Chicago, Illinois.*

26. Case number CV 18-8760, *United States of America v. Real Property Located in St. Helena, California.*

/ / /

/ / /

27. Case number CV 18-8764, *United States of America v. Real Property Located in Paradise Valley, Arizona.*

Dated: October 16, 2018

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


____/s/John J. Kucera_____
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
United States of America